Mark R. Figueiredo, Esq. (State Bar No. 178850)
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California 95110
(408) 441-7500
(408) 441-7501 fax
mrf@structurelaw.com

Attorneys for Plaintiff
UNIHAN CORPORATION

FILED
2009 OCT 29  PM 3: 08
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNIHAN CORPORATION, incorporated under the laws of the Republic of China (Taiwan),

Plaintiff,

v.

MAX GROUP CORPORATION, a California corporation

Defendant.

CASE NO. CV09-7921 MMM (RCx)

COMPLAINT FOR BREACH OF CONTRACT AND COMMON COUNTS

DEMAND FOR JURY TRIAL

BY FAX

**JURISDICTION**

1. This Court has jurisdiction over this action under 28 U.S.C. § 1332 because there is diversity of citizenship and the matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000.

**PARTIES**

2. Plaintiff Unihan Corporation ("Plaintiff") is a business entity incorporated under the laws of the Republic of China (Taiwan), having its principal place of business located at No.150, Li-Te Road, Beitou, Taipei 112, Republic of China (Taiwan).

3. Defendant Max Group Corporation ("Max Group") is a California corporation, having its principal place of business located at 17011 Green Drive, City of Industry, CA 91745.

- 1 -

COMPLAINT

## VENUE

4.  Venue is proper in the Central District pursuant to 28 U.S.C. § 1391(a)(1) and (a)(3).

## INTRADISTRICT ASSIGNMENT

5.  This action should be assigned to the Western Division of this Court because a substantial part of the events or omissions which give rise to this claim occurred in Los Angeles County.

## CLAIM ONE
## BREACH OF CONTRACT (COMMON LAW)

6.  Plaintiff realleges and incorporates herein by reference paragraphs 1 through 5, inclusive, of this Complaint as though fully set forth herein.

7.  On or about July 23, 2008, Max Group issued Purchase Order No. 142108 to Unihan for the purchase of 100,000 LuTRO DTV Converter Boxes ("LuTRO Boxes") at a unit price of $33.50 (the "Purchase Order"). The Purchase Order required delivery by September 30, 2008 and further required Unihan to "confirm shipping method" with Max Group on all shipments. A copy of said Purchase Order is attached hereto as **Exhibit A**.

8.  Following the issuance of the Purchase Order and in consideration of Max Group's promise to pay the purchase price as evidenced by the Purchase Order, Unihan procured all necessary parts and materials to manufacture the LuTRO Boxes to Max Group's specifications.

9.  Also following the issuance of the Purchase Order, Unihan agreed to lower the unit price to $30.

10. On or about September 11, 2008, Unihan notified Max Group that "100k materials are in Unihan's hub now" and Unihan further requested confirmation of the shipping method in accordance with the terms of the Purchase Order. Unihan subsequently followed up with additional requests seeking Max Group's input regarding the delivery schedule.

11. Despite Unihan's requests, Max Group failed to provide Unihan with necessary delivery information to allow Unihan to deliver products to Max Group. Max Group has failed

and refused to accept any of the products, or components thereof, referenced in the Purchase Order.

12. Unihan timely and fully performed all of its obligations under the Purchase Order save and except for those obligations which Unihan was prevented or excused from performing.

13. In violation of Max Group's promises and obligations under the Purchase Order, Max Group has breached the written agreement between the parties by failing to pay the amounts due and owing to Unihan.

14. Unihan has notified Max Group of the breach and requested payment, but Max Group has failed and refused to cure the breach.

15. As a direct and proximate result of Max Group's breach, Unihan has been damaged in the principal amount of $3,000,000 together with interest accrued and unpaid from October 30, 2008 to date, at the legal rate of 10% per annum, which is equivalent to $821.92 per day.

16. Max Group has failed and refused to pay Unihan the principal amount due and owing with all interest accrued to date, or any part thereof.

## CLAIM TWO
## COMMON COUNTS – FOR WORK, LABOR, AND MATERIALS (COMMON LAW)

17. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 16 inclusive, of this Complaint as though fully set forth herein.

18. Within the last two years, Max Group became indebted to Unihan in the agreed principal amount of $3,000,000 for work and labor done by Unihan for Max Group at the special instance and request of Max Group, and for materials furnished in connection with the work and labor.

19. Despite repeated demands for payment from Max Group, neither the whole nor any part of the above principal amount has been paid by Max Group.

20. There is now due and owing and unpaid the sum of $3,000,000, plus interest thereon at the legal rate of 10% per annum, which is equivalent to $821.92 per day.

Wherefore, Unihan prays for judgment as follows:

COMPLAINT

**PRAYER**

1. For damages in the sum of $3,000,000;

2. For prejudgment interest at the legal rate of 10% per annum, which is equivalent to $821.92 per day, (or to the greatest extent permitted by law) from October 30, 2008 through date of judgment;

3. For costs of suit incurred herein; and

4. For such other and further relief as the court may deem just and proper.

Date: October 29, 2009          STRUCTURE LAW GROUP, LLP

                                By: _____
                                Mark R. Figueiredo
                                Attorneys for Plaintiff
                                UNIHAN CORPORATION

**DEMAND FOR JURY TRIAL**

Plaintiff demands a jury on all issues.

Date: October 29, 2009          STRUCTURE LAW GROUP, LLP

                                By: _____
                                Mark R. Figueiredo
                                Attorneys for Plaintiff
                                UNIHAN CORPORATION

COMPLAINT

EXHIBIT A

PO No. 142108

| **Max Group Corporation** 17011 GREEN DRIVE, CITY OF INDUSTRY, CA 91745 TEL: (626) 935-0050 FAX: (626) 854-1557 | **Purchase Order** 142108 A Vendor No. VA078A Date 07/23/08 REVISED**DO NOT DUPLICATE** |
|---|---|

| To: Unihan /ASUSTEK NO. 150, LI-TE RD, PEITOU PEITOU, TAIPEI, TAIWAN, R.O.C., | Ship To: Max Group Corporation 17011 Green Drive City of Industry, CA 91745 USA, |
|---|---|

| PRINT TIME | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
|  | SEE NOTE | Shanghai | NET 30 DAYS |

| FREIGHT | CONFIRM | BUYER | ETA | REMARKS |
|---|---|---|---|---|
| Collect |  | ST | 09/01/08 |  |

| QUANTITY Req / Received / Open | ITEM NUMBER | VENDOR PART NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 100000 / 0 / 100000 | MX51LU01 | LUTRO | Maxmedia Lutro HD Digital ATSC Converter Box, Black, Retail 07/23/08 | 33.500 | 3,350,000.00 |
|  | special note |  | all products must be delivered by 9-30-2008, partial shipment allow must confirm shipping method with Max group on ever shipment |  |  |
|  |  |  |  | Total | 3,350,000.00 |

Term and Condition :
A)
1. The Lutro box should be built to be 100% NTIA compliant as an NTIA approved converter box with analog pass through feature.
2. Parts and components must not be altered without the consent to Maxmedia
3. The Lutro converter box kit shall include all the necessary accessories with retail box, outer shipping case, pallet ( when needed) remote controller,
    user manual, RF cable,
B)
1. Unihan/Asus will provide all the necessary EMI, FCC, UL...certification applicable to this product.
2. Unihan/Asus will provide all the licenses needed for the ATSC converter box
    MPEG LA, MPEG 2, Dolby Lab, V-Chip, Funai ( if needed)....
    Maxmeida will require a list of all the license agreement provide by Unihan/Asus
C) Unihan/Asus will provide a 15month + warranty to the Lutro box, A return and repair procedure to be provided by Unihan/Asus

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is Rosalyn M. Chapman.

The case number on all documents filed with the Court should read as follows:

```
CV09- 7921 MMM (RCx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
Mark R. Figueiredo, Esq. (SBN 178850)
Structure Law Group, LLP
1754 Technology Drive, Suite 135
San Jose, CA 95110

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIHAN CORPORATION, incorporated under the laws of the Republic of China (Taiwan)<br><br>                                        PLAINTIFF(S)<br>v.<br><br>MAX GROUP CORPORATION, a California corporation<br><br>                                        DEFENDANT(S). | CASE NUMBER<br><br>**CV09-7921 MMM (RCx)**<br><br>SUMMONS |

TO:  DEFENDANT(S): MAX GROUP CORPORATION, a California corporation

   A lawsuit has been filed against you.

   Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Mark R. Figueiredo, Esq.,_____ , whose address is _Structure Law Group, LLP, 1754 Technology Drive, Suite 135, San Jose, CA 95110_ . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  OCT 29 2009

By: __**NATALIE LONGORIA**__
       Deputy Clerk

       (Seal of the Court)

1198

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                                SUMMONS

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
UNIHAN CORPORATION, incorporated under the laws of the Republic of China (Taiwan)

**DEFENDANTS**
MAX GROUP CORPORATION, a California corporation

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Mark R. Figueiredo, Esq.
Structure Law Group, LLP, 1754 Technology Drive, Suite 135, San Jose, CA 95110, (408) 441-7500

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ MONEY DEMANDED IN COMPLAINT: $ 3,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Breach of Contract and Common Counts

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | | FORFEITURE / PENALTY | |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 890 Other Statutory Actions | ☒ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | ☐ 840 Trademark |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| | ☐ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: **CV09-7921**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)        CIVIL COVER SHEET        Page 1 of 2

BY FAX

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Republic of China (Taiwan) |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County |  |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  Date October 29, 2009

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

**Key to Statistical codes relating to Social Security Cases:**

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |