JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIHAN CORP., | ) CASE NO. CV 09-07921 MMM (PLAx) |
| Plaintiff and Counter-Defendant, | ) |
| vs. | ) JUDGMENT FOR PLAINTIFF |
| MAX GROUP CORP. | ) |
| Defendant and Counter-Claimant. | ) |

The claims and counterclaims in this case were tried to the court from May 31 to June 4, 2011. Following the filing of post-trial briefs, the court filed its findings of fact and conclusions of law on December 28, 2011. Based on those findings and conclusions,

IT IS ORDERED AND ADJUDGED

1. That plaintiff Unihan Corp. recover the sum of $2,080,754 on its breach of contract claim from defendant Max Group Corp.;

2. That counterclaimant Max Group Corp. take nothing by way of its first counterclaim for breach of Purchase Order No. 142108 ;

3. That counterclaimant Max Group Corp. recover the sum of $3,500 on its second counterclaim for breach of Purchase Order No. 142034A;

4. Offsetting Max Group Corp.'s recovery on its second counterclaim against Unihan Corp.'s recovery on its breach of contract claim, Unihan Corp. is entitled to recover the sum of $2,077,254 from Max Group Corp.; and

5. That the action be, and it hereby is, dismissed.

DATED: December 28, 2011

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2